**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NAHUN ANTONIO OLIVEROS-LEON, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. CIV-26-170-PRW |
| SCARLET GRANT, et al., | ) ) ) | |
| Respondents. | ) | |

## ORDER

Before the Court is the Motion to Withdraw as Counsel (Dkt. 8), filed by counsel for Petitioner, seeking leave for Eliyahu Kaplunovsky to withdraw as counsel of record in this case. LCvR83.5 permits withdrawal of an attorney so long as (1) the withdrawing attorney gives reasonable notice to the client and all other parties who have appeared in the case and (2) the judge assigned to the case grants leave to withdraw. Furthermore, LCvR83.5 permits the Court to impose conditions upon the withdrawal, including the condition that subsequent papers may continue to be served upon counsel for forwarding purposes unless and until the client appears pro se or by other counsel.

Here, Mr. Kaplunovsky represents that he is unable to comply with LCvR83.3 and therefore must withdraw as counsel of record. On March 30, 2026, Petitioner filed a letter (Dkt. 9) stating that he has discussed the issue with his attorney and, because they were unable to identify any viable alternatives, he wishes to proceed pro se. Petitioner also requests for all filings to be sent to him at Cimarron Correctional Facility.

1

Accordingly, upon review of the filings, the Court hereby **GRANTS** the Motion (Dkt. 8). No conditions need to be imposed upon Mr. Kaplunovky's withdrawal because Petitioner has informed the Court that he intends to proceed pro se.

**IT IS SO ORDERED** this 29th day of April 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

2